ACCEPTED
01-14-00857-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 3:37:31 PM
CHRISTOPHER PRINE
CLERK

# No. 01-14-00857-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 3:37:31 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

## Jesse Dimas Alvarado, *appellant*

## v.

## State of Texas, *appellee*

On Appeal from the 185th District Court
Harris County, Texas

Tr. Ct. No. 1410607

# ERRATA SHEET AS TO APPELLANT'S BRIEF

Appellant, Jessie Dimas Alvarado, files this Errata Sheet to notify the Court and attorney for the State of Texas that pages 39 and 40 of Appellant's Brief mistakenly state "Rudy" when it should state "Alfred." That is, Alfred purchased the pistol, not Rudy. The record cites regarding this are discussed on pages 13 thru 17 of the Statement of Facts portion of Appellant's Brief.

1

Respectfully submitted,

/s/Timothy A. Hootman_____
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
E-mail: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT, JESSIE DIMAS ALVARADO

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, by commercial delivery service, or by fax:

Neil Krugh
Sarah Bruchmiller
Harris County District Attorney's Office
1201 Franklin
Houston, TX 77002

Dated: May 5, 2015.

/s/Timothy A. Hootman_____
Timothy A. Hootman